UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
 CARL BERTHEN,

                             Plaintiff,                    **RESCHEDULING
                                                           ORDER**

            - against -                                    23 Civ. 10196 (ER)

 METRO-NORTH COMMUTER
 RAILROAD,

                             Defendant.
------------------------------------------------------x


        The case management conference, presently scheduled for December 13, 2024, is hereby

**rescheduled for December 18, 2024, at 11:30 a.m.** before the Hon. Edgardo Ramos in Courtroom

619 at the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, New York

10007.

        SO ORDERED.

Dated:   New York, New York
         December 12, 2024


                                                    Edgardo Ramos, U.S.D.J.